AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
Eastern District of New York

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>THE PERSON KNOWN AND DESCRIBED AS<br>CHRISTOPHER ACEVEDO, ALSO KNOWN AS<br>"ESSAY", DATE OF BIRTH ▮▮▮▮▮▮ | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No.    21 MJ 350 |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Eastern    District of    New York
*(identify the person or describe the property to be searched and give its location)*:

THE PERSON KNOWN AND DESCRIBED AS CHRISTOPHER ACEVEDO, ALSO KNOWN AS "ESSAY", DATE OF BIRTH ▮▮▮▮▮▮▮▮▮

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

DNA Samples

**YOU ARE COMMANDED** to execute this warrant on or before    April 5, 2021    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    the Duty Magistrate    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    03/22/2021 12:49 p.m.      _____
                                                       *Judge's signature*

City and state:    Brooklyn, New York      The Hon. Ramon E Reyes, Jr.
                                                       *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>21 MJ 350 | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

NS:JM/DEL
F. #2019R01590

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – X

IN THE MATTER OF AN APPLICATION
FOR A SEARCH WARRANT FOR:

THE PERSON KNOWN AND
DESCRIBED AS CHRISTOPHER
ACEVEDO, ALSO KNOWN AS
"ESSAY", DATE OF BIRTH
███████████

AFFIDAVIT IN SUPPORT
OF APPLICATION FOR A
SEARCH WARRANT

No. 21-M-350

– – – – – – – – – – – – – – – – – – – X

EASTERN DISTRICT OF NEW YORK, SS:

Tim Stevens, being duly sworn, deposes and states that he is a Special Agent

with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

Upon information and belief, there is probable cause to believe that evidence

of violations of Title 18, United States Code, Section 1959(a)(1) (murder-in-aid of

racketeering)—specifically that on or about August 26, 2019, CHRISTOPHER ACEVEDO,

date of birth ███████ ███,[1] for the purpose of gaining entrance to and maintaining and

increasing position in the Wood City street gang, an enterprise engaged in racketeering

activity, did knowingly and intentionally murder David Hutchinson, in violation of New

---

[1] Although this search warrant affidavit and the search warrant itself will be filed publicly, the government will redact all Personal Identifiable Information ("PII") of CHRISTOPHER ACEVEDO from the documents prior to the public filing. Thus, the government requests that the Court file the unredacted version under seal.

York Penal Law Section 125.25(1)—will be obtained by the taking, and preserving as evidence, of a buccal swab sample or blood sample of the defendant.[2]

The source for your deponent's information and the grounds for his belief are as follows:[3]

1.     I have been a Special Agent with the Federal Bureau of Investigation ("FBI") for approximately five years and am currently assigned to the Brooklyn/Queens Resident Agency, where I am responsible for conducting and assisting in investigations into the activities of individuals and criminal groups responsible for gang activity and violent crimes, including murder.  I have investigated numerous cases involving DNA evidence.

2.     I am familiar with the facts and circumstances set forth below from personal knowledge, my review of the investigative file, my review of video surveillance footage and crime scene photographs, debriefings provided by cooperating witnesses and confidential sources, and reports of other law enforcement officers involved in the investigation.  Unless specifically indicated, all conversations and statements described in this affidavit are related in sum and substance and in part only.

3.     On March 17, 2021, the Honorable Ramon E. Reyes, Jr., United States Magistrate Judge, issued a warrant for the defendant CHRISTOPHER

---

[2] Some of the courts that have addressed the issue have found that obtaining DNA via saliva is subject to the protections of the Fourth Amendment.  See United States v. Nicolosi, 885 F. Supp. 50, 51-56 (E.D.N.Y. 1995) (Glasser, J.); In re Shabazz, 200 F. Supp. 2d 578, 581-85 (D.S.C. 2002).   But see United States v. Owens, 2006 WL 3725547, at *6-17 (W.D.N.Y. Dec. 15, 2006) (finding probable cause not necessary for a saliva sample for DNA from an inmate); In re Vickers, 38 F. Supp. 2d 159, 165-68. (D.N.H. 1998) (permitting saliva sample by grand jury subpoena).

[3] Because the purpose of this affidavit is to set forth only those facts necessary to establish probable cause to search, I have not set forth all of the facts and circumstances relevant to this investigation.

ACEVEDO's arrest on the basis of a complaint.  (See No. 21-MJ-341).  On March 18,

2021, ACEVEDO was arrested pursuant to the federal arrest warrant for the August 26,

2019 murder in-aid-of racketeering of David Hutchinson.  ACEVEDO is currently

detained at the Metropolitan Detention Center in Brooklyn, New York.

4.     As set forth therein, the FBI and other law enforcement agencies

have been investigating the August 26, 2019 homicide of David Hutchinson.  Hutchinson

was a member of a Queens, New York based street gang called the SNOW Gang.  As set

forth below, the investigation revealed that on August 26, 2019, CHRISTOPHER

ACEVEDO, a member of a rival Queens-based street gang called Wood City, fired

multiple gunshots from a white BMW (the "White BMW"), killing Hutchinson.  The

investigation has shown that the shooting was in retaliation for SNOW Gang members'

stealing a chain from a prominent Wood City member and rapper, whose identity is

known to the affiant ("Wood City Member 1"), and boasting about the robbery of the

chain on social media.  As set forth below, there is also probable cause to believe that

ACEVEDO shot Hutchinson in order to maintain or increase his leadership position in

Wood City; specifically, that the shooting was retaliation for the disrespect showed to

Wood City and ACEVEDO by SNOW Gang members who taunted Wood City Member 1

and others after the robbery of Wood City Member 1's gold chain in social media

postings.

A.     The Wood City Street Gang

5.     The FBI has been conducting an investigation of Wood City.  Based on information provided by a cooperating witness ("CW-1")[4] and a confidential source ("CS-1"),[5] (a) Wood City members frequently associate with the Bloods street gang and many Wood City members are also members of the Bloods street gang; (b)Wood City members also refer to themselves as the "Yellow Tape Boyz," and use the "Yellow Tape Boyz" and "YTB" names in music videos, music, and social media to promote the gang and its members; and (c) Wood City operates in the vicinity of Woodhull Avenue in Jamaica, Queens, New York.

6.     Wood City, including its leaders, members and associates, constitutes an enterprise as defined in Section 1959(b)(2) of Title 18, United States Code, that is, a

---

[4]     CW-1 is an associate of a set of the Bloods street gang, which this and prior investigations have shown is a gang with which multiple Wood City members associate. CW-1 has pleaded guilty to racketeering, narcotics distribution, bank fraud, and firearms offenses, pursuant to a cooperation agreement with the government, in the hope of receiving leniency at sentencing.  CW-1 also has a prior conviction for robbery.  CW-1's information has been corroborated by other information and my investigation, including as described herein, and I believe CW-1's information to be credible and reliable.

[5]     CS-1 has associated with members of Wood City as well as members of multiple Bloods sets in Queens, New York.  CS-1 has been charged with various racketeering, drug-trafficking and violence-related offenses, including robbery and firearms possession.  CS-1 has been providing information to law enforcement in the hope of receiving a cooperation agreement and leniency at sentencing.  CS-1 has admitted to participating in significant gang-related conduct, including to conducting shootings and also to engaging in fraud-related offenses, including access device crimes, check washing, and forgery offenses.  CS-1 has prior convictions for possession of a firearm and attempted robbery involving a firearm.  CS-1 previously acted as a source for law enforcement in contemplation of receiving a reduced sentence but committed offenses during the time CS-1 previously provided assistance.  CS-1's information has been corroborated by other information and my investigation, including as described herein, and I believe CS-1's information to be credible and reliable.

group of individuals associated in fact that engages in, and the activities of which affect, interstate and foreign commerce.  According to arrest reports, information from CW-1 and CS-1, social media reports, and other historical investigations in which I have participated, the members and associates of the Enterprise have in racketeering activity, including murder in violation of New York Penal Law, assault in violation of New York Penal Law, and drug trafficking in violation of various provisions of Title 21, United States Code.

7.     Based on my training and experience in investigations of violent street gangs, I know that a gang member who participates in violence directed at rival gangs on behalf of the gang with which he is associated increases the respect accorded to that member and Enterprise.

8.     Based on information provided by CS-1 and my investigation, as well as prior public news reports, Wood City has been feuding with the SNOW Gang for many years.  CS-1 has advised that Wood City and SNOW Gang frequently target each other's members in shootings in Queens, New York.

9.     Based on information provided by CS-1 and law enforcement's investigation, the defendant CHRISTOPHER ACEVEDO was an original member of Wood City.  CW-1 and CS-1 have advised that the defendant goes by the street name "Essay."  CS-1 has advised that ACEVEDO is the leader of Wood City and that Wood City Member 1 has held the position of second in command.  CS-1 advised that ACEVEDO had been incarcerated for a significant period of time prior to the events described herein, and that

during that time period,[6] another Wood City member whose identity is known to the affiant
was in charge of the gang.

10.     I have reviewed social media accounts from multiple Wood City
members, including an Instagram account used by the defendant CHRISTOPHER
ACEVEDO.  My review of ACEVEDO's Instagram account also demonstrates that he is
associated with the Enterprise.  For example, ACEVEDO is pictured in multiple social media
postings, including in an Instagram profile picture as of October 14, 2019, in Instagram posts
on or about October 4, 2019 and June 5, 2019, and in a video posted on or about October 17,
2018 on YouTube, holding his fingers in the shape of the letter "W."  I know from reviewing
other postings by Wood City members, that the "W" refers to Wood City.  ACEVEDO also
frequently uses emojis which, based on my training, experience and participation in the
investigation, are associated with Wood City, including the yellow-and-black striped
barricade (indicating "Yellow Tape Boyz," another name for Wood City) and the "WC"
emoji (indicating "Wood City").

11.     I have also reviewed social media accounts belonging to Wood City
Member 1, who is a prominent music artist, and there is probable cause to believe Wood City
Member 1 is a member of the Enterprise.  For example, on or about June 11, 2019, Wood
City Member 1 posted a picture of himself wearing a gold chain with the letters "YTB" and
used the yellow-and-black striped barricade emoji on the post.  Based on my training and
experience and participation in this investigation, I believe "YTB" refers to Yellow Tape

---

[6]     Based on a review of the defendant's criminal history report, ACEVEDO
pleaded guilty in September 2013 to grand larceny (3rd Degree) in Queens County Supreme
Court.  He was incarcerated between approximately May 2013 and February 2018.

Boyz, another name for the Enterprise, and that the yellow-and-black striped emoji is associated with the Enterprise.

B.   August 26, 2019: SNOW Gang Steals a Gold YTB Chain from Wood City Member 1

12.   Based on information provided by CW-1 and CS-1, on or about August 26, 2019, at approximately 12:00 p.m., multiple members of the SNOW Gang whose identities are known to the affiant (including "SNOW Gang Member 1" and "SNOW Gang Member 2"), went to a recording studio in Hillside, Queens, and stole a gold chain with the letters "YTB" (the "YTB Chain") from Wood City Member 1.  CW-1 and CS-1 advised that on the day of David Hutchinson's homicide (i.e., August 26, 2019), they each saw video posted on social media by SNOW Gang members boasting about the SNOW Gang having taken a chain that belonged to Wood City Member 1.

13.   During my investigation, I have reviewed surveillance video from the exterior of the recording studio where Wood City Member 1 was located on August 26, 2019 that appears to show two SNOW Gang Members chasing Wood City Member 1. Specifically, at approximately 12:47 p.m. on August 26, 2019, Wood City Member 1 can be seen leaving the second-floor window of the recording studio and walking onto a red awning of a barbershop before climbing over a railing on the adjacent building.  As he was doing that, SNOW Gang Member 1 can be seen following Wood City Member 1 out of the window and appearing to chase him to the next building.  SNOW Gang Member 2 briefly looks out the window and then returns inside.  At approximately 12:48 p.m., SNOW Gang Member 2 can be seen entering the building where Wood City Member 1 fled.  As described below,

based on information from CS-1, SNOW Gang Member 1 and SNOW Gang Member 2 pulled firearms on Wood City Member 1 and took the YTB Chain.

      C.     <u>August 26, 2019: ACEVEDO Retaliates by Shooting David Hutchinson</u>

      14.     As described below, approximately three hours after the chain snatching described above, at approximately 3:40 p.m. on August 26, 2019, David Hutchinson was seated in the driver's seat of a white 2019 Dodge Charger vehicle parked in the vicinity of Garden's Deli, located at 140-14 Springfield Boulevard, Queens, New York, when the defendant CHRISTOPHER ACEVEDO pulled up next to Hutchinson's vehicle in the White BMW vehicle and discharged at least eleven gunshots into the front seat of Hutchinson's vehicle.

      15.     Based on my review of surveillance video obtained from Garden's Deli showing the deli's exterior, prior to the shooting, a white 2019 Dodge Charger pulled up in front of Garden's Deli.  From the surveillance video, it appears that Hutchinson had traveled to the deli with SNOW Gang Member 1 (who stole the YTB Chain) and another known member of SNOW Gang, whose identity is known to the affiant (SNOW Gang Member 3). Just prior to Hutchinson arriving at the deli, the surveillance video shows SNOW Gang Member 3, wearing a teal-colored shirt running south on Springfield Boulevard and into the deli.  As SNOW Gang Member 3 entered the deli, the security camera footage showed that the white Dodge Charger being driven by Hutchinson arrived and parked in front of the deli on Springfield Boulevard.  After the white Dodge Charger parked, SNOW Gang Member 1 exited from the rear driver's door of the vehicle and went around to the rear passenger side of the vehicle.  From the surveillance video, I observed that SNOW Gang Member 1 was wearing a gold chain around his neck that appeared to have the letters "YTB" on it.

16.     From crime scene photographs and reports made after the shooting, I know that Hutchinson was seated in the driver's seat of the Dodge Charger when he was killed. A review of surveillance camera footage reveals that, approximately 30 seconds after the white Dodge Charger parked, a white BMW vehicle pulled alongside the white Dodge Charger. The driver of the BMW can be observed on video leaning across the front passenger seat of the BMW and firing a semiautomatic weapon into the Dodge Charger's front driver's seat, where Hutchinson was located. After discharging at least eleven gunshots, the driver of the BMW can be seen driving south on Springfield Boulevard. SNOW Gang Member 1 runs out of the rear passenger seat of the white Dodge Charger gesturing toward the white Dodge Charger and quickly puts a gold chain with the letter "YTB" under his black T-shirt. Photographs of the shooting by the driver of the white BMW are set forth below:





17.     According to NYPD reports, law enforcement officers responded to 911 calls reporting a shooting at Garden's Deli and found David Hutchinson unconscious in the front driver's seat of the Dodge Charger.  Hutchinson was transported to Jamaica Hospital and pronounced dead at approximately 4:18 p.m., having sustained three gunshot wounds, including one to the torso. The Office of the Chief Medical Examiner for the City of New York determined that the manner of Hutchinson's death was homicide.

D.     The Identification of CHRISTOPHER ACEVEDO as the Shooter

18.     According to surveillance videos captured near the intersection of Edgewood Avenue and Springfield Boulevard, which is approximately three blocks from Garden's Deli, the white BMW used by the shooter had New York license plate beginning in "JEE" and ending in "2."  According to NYPD records, a white BMW is registered to a female individual who I have identified as CHRISTOPHER ACEVEDO's mother with New York license plate JEE9052.

19.     Law enforcement officers obtained video from a location on 119th Avenue, Jamaica, New York.  This location was identified by the NYPD and canvassed for

video footage because it was an area of Queens known to be frequented by Wood City members.  Based on a comparison of the surveillance video footage from August 26, 2019 and known photographs of the defendant CHRISTOPHER ACEVEDO from law enforcement databases, I identified that ACEVEDO was present at a residential location near the intersection of Sutphin Boulevard and 119th Avenue in Jamaica, Queens, about forty minutes prior to Hutchinson's homicide.  That location is approximately 2.5 miles west of the location where Hutchinson was killed.  Surveillance video shows that ACEVEDO departed the residential location on 119th Avenue approximately 18 minutes before the shooting in the White BMW.  Specifically, at approximately 3:02 p.m. on August 26, 2019, ACEVEDO was present in front of a residence on 119th Avenue, as shown in the photograph from surveillance video at an adjacent residence.



20.     The surveillance video footage further reveals that, at approximately 3:17 pm., the defendant CHRISTOPHER ACEVEDO was again in front of the residence on 119th Avenue, smoking a cigarette.  ACEVEDO and a second male individual then went inside the residence.  At approximately 3:20 p.m., ACEVEDO left the residence and walked onto 119th Avenue, crossing the street.  Surveillance video from a residence on the north side of 119th Avenue shows that ACEVEDO walked to the east behind a white BMW. ACEVEDO then entered a white BMW vehicle parked on 119th Avenue that is identical in appearance to the White BMW used to commit the Hutchinson homicide.  Among other things, I recognize the defendant from the maroon-colored top, blue jeans, and black hat he was wearing.  A photograph of ACEVEDO entering the front driver side of the White BMW approximately 20 minutes before the Hutchinson homicide is set forth below:



21.     No persons other than the defendant CHRISTOPHER ACEVEDO can be observed entering the White BMW vehicle before it departs the above location.  Two other individuals, whose identities are known to the affiant and who are both known to be Wood City members, also can be seen in video surveillance footage entering a white

12

Mercedes vehicle which was parked several cars in front of the White BMW at approximately the same time.

22.     Surveillance video shows that the White BMW (driven by the defendant CHRISTOPHER ACEVEDO) and the white Mercedes began driving east on 119th Avenue at approximately 3:22 p.m. (in the direction of Garden's Deli) and traveled together in an eastbound direction from 119th Avenue toward the location of Garden's Deli. Law enforcement officers collected video along the route of the two vehicles traveling in the direction of the deli.  The map below summarizes the location of video surveillance cameras (notated in yellow) that captured the route taken by ACEVEDO (in red) from 119th Avenue toward the location of Garden's Deli. The White BMW vehicle traveled from west (left of the map) to east (right of the map).



E.      Following the Murder, ACEVEDO Provides the White BMW to His
        Girlfriend to Hide

23.     CW-1 has advised that after David Hutchinson's homicide, a male

individual ("Person A"), whose identity is known to the affiant, was contacted by a female

individual that CW-1 has identified as the defendant CHRISTOPHER ACEVEDO's

girlfriend (the "Girlfriend").  According to CW-1, Person A stated that (1) ACEVEDO had

provided his car (i.e., the White BMW) to the Girlfriend; and (2) Person A and another

individual whose identity is known to the affiant ("Person B") then assisted the Girlfriend in

moving the vehicle to a residence in Nassau County, New York, whose location is known to

the affiant (the "Nassau County Residence").

24.     Law enforcement officers identified that the Girlfriend was, at the time

of the Hutchinson homicide, employed at a business in Valley Stream, New York.

25.     On December 29, 2019, law enforcement officers arrested the

defendant CHRISTOPHER ACEVEDO for motor vehicle and other offenses.  At the time of

his arrest, law enforcement officers recovered a cellular phone from ACEVEDO, which was

registered to the T-Mobile network, with a phone number ending in 1416 (the "ACEVEDO

Cell Phone").  Records from T-Mobile showed that the cellular phone seized from

ACEVEDO on December 29, 2019 had been active with that number since on or about July

17, 2019.  Cell-site records provided by T-Mobile indicate that the ACEVEDO Cell Phone

was present in the vicinity of the location of the Girlfriend's employer in Valley Stream,

New York, at approximately 5:11 p.m. on August 26, 2019.  Specifically, at approximately

5:11 p.m., the ACEVEDO Cell Phone received the call and connected to a cell tower located

near 246th Street and Frances Lewis Boulevard, approximately one-half mile west of the Girlfriend's place of employment.  Toll records indicate this phone call was between the ACEVEDO Cell Phone and a number ending in 8499 (the "8499 Number").  Based on police reports, the Girlfriend provided the 8499 Number as her contact number to law enforcement on or about July 31, 2019 – approximately three weeks prior to the Hutchinson homicide.  As a result, based on the information provided by CW-1 described above, as well as the cell site and toll records, among other information, there is probable cause to believe that ACEVEDO met the Girlfriend near her place of employment at approximately 5:15 p.m. on August 26, 2019 to provide her with the White BMW used in the Hutchinson homicide just over two hours earlier.

26.     Several days after the homicide, on or about August 30, 2019, at approximately 3:50 p.m., GPS location information maintained by BMW showed that the White BMW vehicle registered to the defendant CHRISTOPHER ACEVEDO's mother was located in the area of the Nassau County Residence.  On August 30, 2019, at approximately 6:35 p.m., law enforcement officers traveled to the Nassau County Residence and observed a vehicle under a car cover parked in the front driveway of a single-family home.  At the location, law enforcement officers interviewed an occupant of the Nassau County Residence (the "Occupant"), who gave law enforcement officers permission to view the car in the Nassau County Residence's driveway under the cover. Law enforcement officers identified that the vehicle was the White BMW sought in connection with the Hutchinson homicide and registered to ACEVEDO's mother.  The Occupant gave officers consent to remove the vehicle and the White BMW was seized by the NYPD.

27.     Law enforcement officers obtained doorbell camera footage from the Nassau County Residence where the White BMW registered to the defendant CHRISTOPHER ACEVEDO's mother was located.  A review of the video footage reveals that, on August 26, 2019, at approximately 9:20 p.m., a female individual drove a white BMW similar in appearance to that used in the Hutchinson homicide into the driveway of the Nassau County Residence. The video footage further shows that a dark-colored vehicle arrived in front of the Nassau County Residence after the white BMW arrived.  There is thus probable cause to believe that the footage shows the Girlfriend dropping the White BMW in the driveway of the Nassau County Residence after she had been provided the car by ACEVEDO.

*          *          *

28.     In connection with the investigation of the White BMW, law enforcement agents collected swabs of possible DNA evidence from the vehicle.  I know from my training and experience, as well as my conversations with other law enforcement officials, that DNA can be recovered from objects and surfaces within a vehicle.

29.     The DNA evidence collected by law enforcement was sent for testing by the New York City Office of the Chief Medical Examiner ("OCME") for the presence of DNA.  On October 26, 2019, the OCME confirmed that DNA was found in the White BMW. Based on the facts set forth above and information obtained during the course of the investigation, there is a substantial likelihood that the DNA of CHRISTOPHER ACEVEDO will be found in the White BMW.

30.     The government wishes to compare the DNA obtained from the interior of the White BMW with a DNA sample obtained directly from ACEVEDO (e.g., a buccal swab).

31.     Based on the above information, there is probable cause to believe that CHRISTOPHER ACEVEDO is a contributor to DNA evidence obtained from the interior of the White BMW.     Therefore, there is probable cause to believe that a buccal swab or sample of his blood would constitute evidence of the defendant's commission of the charged crimes.

WHEREFORE, your deponent requests that a search warrant be issued authorizing FBI Special Agents, New York City Police Department officers, United States Marshals and other appropriate law enforcement and support personnel to seize and obtain from the defendant CHRISTOPHER ACEVEDO a buccal swab sample or sample of blood. An appropriately trained law enforcement officer, or an appropriately trained designee, will perform the cheek swabbing.  The DNA samples sought herein will be collected by buccal swabbing.  This method involves taking a sterile swab (similar to a Q-Tip) and gently scrubbing the inside right cheek, then the inside left cheek, for approximately five to ten seconds.   Two samples are requested in the event that one of the samples becomes contaminated or otherwise cannot be tested.   The samples seized will be subsequently submitted to a forensic laboratory for examination and will be subject to examination, testing and analysis.  A blood sample will only be sought in the event that CHRISTOPHER ACEVEDO refuses to submit to a buccal cheek swab.  In the event that a blood sample is taken, a licensed doctor or nurse or other qualified medical practitioner will take the sample.

*Tim Stevens*
_____
Tim Stevens
Special Agent, Federal Bureau of Investigation

Sworn to before me this
22nd day of March, 2021

_____
THE HONORABLE RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK